**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Alvaro GOANA–CERVANTES,**
**Defendant–Appellant.**

**No. 07–10155.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 13, 2007 *.

Filed Nov. 26, 2007.

Ronald C. Rachow, Esq., Office of the U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

Michael K. Powell, Esq., Federal Public Defender's Office, Reno, NV, for Defendant–Appellant.

Before: TROTT, W. FLETCHER, and CALLAHAN, Circuit Judges.

## MEMORANDUM **

Alvaro Goana–Cervantes appeals from his 41–month sentence for illegal reentry by a deported alien, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

To the extent Goana–Cervantes contends that his sentence should not have exceeded two years because his prior conviction did not satisfy the conditions of 8 U.S.C. § 1326(b), we disagree. Goana–Cervantes's uncontested prior conviction for felony statutory rape was sufficient to enhance his sentence beyond two years. *See* 8 U.S.C. § 1326(b); *Apprendi v. New Jersey,* 530 U.S. 466, 489, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000).

To the extent Goana–Cervantes contends that the Sentencing Commission exceeded its authority by altering the meaning of 8 U.S.C. § 1326, we conclude there was no plain error. *See United States v. Pimentel–Flores,* 339 F.3d 959, 967 (9th Cir.2003). To the extent Goana–Cervantes otherwise contends that his sentence was

R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

impermissible, we likewise conclude there was no plain error. *See id.*

**AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.